IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| DRIVER OPPORTUNITY PARTNERS I LP,<br><br>Plaintiff,<br><br>v.<br><br>FIRST UNITED CORPORATION, *et al.*,<br><br>Defendants. | Case No. 1:20-CV-2575-RDB |

NOTICE OF SETTLEMENT AND
JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Driver Opportunity Partners I LP and Defendants First United Corporation, John F. Barr, Brian R. Boal, M. Kathryn Burkey, Robert W. Kurtz, John W. McCullough, Elaine L. McDonald, Patricia Milon, Carissa L. Rodeheaver, Gary R. Ruddell, I. Robert Rudy, Marisa A. Shockley, and H. Andrew Walls, III, by and through their respective attorneys, and having entered into a settlement agreement, hereby stipulate and agree to dismiss the above-captioned matter in its entirety and with prejudice, with each party to bear its own costs and fees.

| | |
|---|---|
| Dated:  April 19, 2021 | Respectfully submitted, |
| */s/ George F. Ritchie*<br>George F. Ritchie<br>Gordon Feinblatt  LLC<br>1001 Fleet Street, Suite 700<br>Baltimore, MD 21202<br>410-576-4131<br>gritchie@gfrlaw.com<br><br>*Counsel for Defendants* | */s/ Jason R. Scherr*<br>Jason R. Scherr<br>(signed by George F. Ritchie with permission of Jason R. Scherr)<br>Morgan, Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>202-739-3000<br>jr.scherr@morganlewis.com<br><br>*Counsel for Plaintiff* |

**APPROVED: 4/19/2021   /s/ - Richard D. Bennett**
         **U.S. District Judge**

8787907.1 13642/145050  04/17/2021